KATHERINE FICHTE and Another v. QUEENS BUS LINES, INC.— Motion to

dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.